EAA

FILED
2/13/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
DEC 27 2016 EW
12-27-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Devin Wilder
______________________________
______________________________

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No:______________________________
(To be supplied by the Clerk of this Court)

Chicago Police Department
OFFicer WArner
OFFicer ZArbock
OFFicer ChApleau
______________________________
______________________________

1:16-cv-11654
Judge Gary Feinerman
Magistrate Judge Mary M. Rowland
PC6

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

______ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

______ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Devin Wilder

B. List all aliases: ______

C. Prisoner identification number: R50441

D. Place of present confinement: CIDOC

E. Address: P.O. Box 999 61520

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Officer Warner

Title: Detective

Place of Employment: Homan Square gang unit

B. Defendant: Officer Zarbock

Title: Detective

Place of Employment: Homan Square gang unit

C. Defendant: Officer Chapleau

Title: Detective

Place of Employment: Homan Square gang unit

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A
N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A
N/A
N/A
N/A

D. List all defendants: N/A
N/A
N/A
N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A
N/A

G. Basic claim made: N/A
N/A
N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A
N/A
N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 1-13-16 OFFicer warner, Zarbock, and chapleau stopped me on the 4100 block OF madison I had just come out of a store and they started searching me OFFicer warner, asked me where I live I told him 219 N Karlov And they placed me in the unmark car they ASKed me did I want to work for them I said no, then they threaten to put drugs on me that they Found under a car by OFFicer Zarbock and Chapleau OFFicer Warner said he gonna write the report and testify at my Court hearing I told them I didnt Know what they where talking about I had just got out 12-7-15. they let me goe, and on 2-11-16 OFFicer Warner and 2 more unknown OFFicers arrested me for the alleged drugs they Fand under a parked pick up truck And said since I didnt want to work for them they putting a Change on me OFFicer Zarbock and chapleau were at the station at homan SQuare and said they





[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

still had the drugs in Iventory And Said did I have a house they Could raid I told them no and I WAS Charged on 2-11-16 I never had any drugs on me they also charged me with another CASE in June same station diffrent OFFicers. And they told every body around that I WAS a snitch for them and WAS riding around with me in the back seat of the unmark car officer Warner, Zarbock and chapleau Said I WAS they Informant And I had to check in protective custody because of that I've been in 2-12-16 till now OFFicer Warner also wrote in his report Im A 4 corner hustler and apart OF something called K-unit Just cause I live in the Area And now guys think Im apart OF something that Im not and people trying 2 harm me because of those false allegations OFFicer Warner, Zarbock, and chapleau put all that Information out to the public



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want pain and suffering, wrongful arrest, false inprisonment, defamation of Charecter and I had 2 be in protective custody cause the officers said I was a snitch for them I'm asking for 500,000

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court. DW

Signed this ~~November~~ December day of 15, 20 16

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

[signature]

12-15-16

(Signature of plaintiff or plaintiffs)

(Print name)

Devin Wilder

(I.D. Number)

[redacted] R50441

[redacted]

PO: Box 999 Canton IL 61520

(Address)

 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]